**Ford Elsaesser**
Chapter 7 Trustee
documents@eaidaho.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517[Facsimile]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| Mathew G. Stoddard | ) | Case No.  19-20164TLM |
| Dawn D. Wishart | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |
| | ) | |

**Notice of Objection to Claim of Exemption and Opportunity to Object and for a Hearing**

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen **[14]**days of the date of this notice.  File the original objection with the Clerk, U. S.  Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and provide a copy to Ford Elsaesser, Trustee.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE-NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

NOTICE

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by debtor(s) in this proceeding:

| Asset | Statute | Value of Asset |
|---|---|---|
| Pre-petition Garnished Wages | I.C. §11-605(11) | $1,580.37 |

## OBJECTION

Objection(s) is made on the following grounds:
Debtor is asserting IC § 11-605(11) on pre-petition garnished wages. Property is not eligible for exemption under statute listed. Claim of exemption should be disallowed.

DATE:  May 1, 2019

/s/ Ford Elsaesser
Ford Elsaesser, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed **OBJECTION TO CLAIM OF EXEMPTION** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

- D Ray Barker     BarkerHunterLawOffice@gmail.com
- J Ford Elsaesser     feecf@eaidaho.com , ID15@ecfcbis.com
- US Trustee     ustp.region18.bs.ecf@usdoj.gov

### Manual Notice List

I further certify that, on the same date, I have served the foregoing document to the following non-CM/ECF Registered Participant(s) in the manner indicated: Via United States Postal Service, first class mail, postage prepaid:

Mathew Stoddard  & Sabrina Wishart
1751 N. Polk TRLR 10
Moscow, ID 83843

/s/Naomi McKinnon
Naomi McKinnon
Administrative Assistant